**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**FILED**
U.S. Bankruptcy Court
Central District of Illinois
1/3/2025  11:03 AM
**Adrienne D. Atkins, Clerk**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN MALONE, ) | Case Number: 24-90479 |
| ) | Chapter 7 |
| Debtor. ) | |

## DEBTOR'S WAIVER OF DISCHARGE

I, SHAWN MALONE, Debtor in the above-captioned case, intending to waive any discharge I may be entitled to herein, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby state:

1. I, SHAWN MALONE, hereby waive my discharge in bankruptcy in the above-captioned case.

2. I represent: (a) that I have executed this Waiver of Discharge voluntarily; (b) that this Waiver of Discharge represents a conscious and informed judgment to waive my discharge in bankruptcy in the above-captioned case; (c) that I am aware of the consequences of entering into this Waiver of Discharge; and, (d) that no one has made any promises or agreements with me in exchange for this Waiver of Discharge.

3. This Waiver of Discharge is being executed in accordance with 11 U.S.C. § 727(a)(10).

Dated: ___January 3, 2025__          /s/  *Shawn Malone*_____
                                                                  SHAWN MALONE,
                                                                  Debtor